**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEETU MAGIC, INC.; *et al.*<br><br>Defendants. | Case No.: CV 15-3413-DMG (MRWx)<br><br>**ORDER TO DISMISS ACTION WITHOUT PREJUDICE [31]** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed *without* prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

IT IS SO ORDERED.

DATED: December 29, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE